UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Wells Fargo Bank, N.A., as Trustee for
ABFC 2006-OPT2 Trust, Asset Backed
Funding Corporation Asset Backed
Certificates, Series 2006-OPT2

        Plaintiff

Case No: 8:11-cv-2033-T17-AEP

vs.

Richard H. Hartman, II, et al.

        Defendant(s)
_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

Defendant Richard H. Hartman states that on October 6, 2011, Plaintiff filed a Motion with this Court seeking remand of this cause to State Court (Dkt. 11). Defendant hereby notifies this Honorable Court that he does not oppose Plaintiff's Motion to Remand.

Respectfully submitted October 11, 2011

Richard H. Hartman, Defendant
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

### CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I HEREBY CERTIFY that on October 11, 2011, I furnished a copy of the forgoing, via U.S. Mail, to Shapiro, Fishman & Gache, LLP, Attorneys for Plaintiff, at 4630 Woodland Corporate Blvd, Ste 100, Tampa, FL 33614

Richard H. Hartman